AO 247 (NC/W 03/08) Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the

Western District of North Carolina

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| MICHAEL MACK | ) | Case No: 3:93CR134-02 |
| | ) | USM No: 10759-058 |
| Date of Previous Judgment: July 7, 1994 | ) | Aaron Michael |
| (Use Date of Last Amended Judgment if Applicable) | ) | Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

the last judgment issued) of __210__ months **is reduced to** __200 months__ .

## I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)

Previous Offense Level: __35__          Amended Offense Level: __33__
Criminal History Category: __III__       Criminal History Category: __III__
Previous Guideline Range: __210__ to __262__ months    Amended Guideline Range: __168__ to __210__ months

## II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE

☒ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☒ Other (explain): NOTE: The defendant also has a 60 month consecutive sentence in Count 4, a violation of 18 U.S.C. § 924(c).

## III. ADDITIONAL COMMENTS

Upon release from imprisonment, and absent a residential plan accepted by the U.S. Probation Officer prior to release from incarceration, it is ordered that as a condition of supervised release the defendant shall submit to the local Residential Reentry Center for a period not to exceed 90 days, with work release, at the direction of the U.S. Probation

Except as provided above, all provisions of the judgment dated __July 7, 1994__ shall remain in effect.
**IT IS SO ORDERED**.

Order Date: __December 8, 2008__

Effective Date: _____
(if different from order date)

Frank D. Whitney
United States District Judge